# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| ATEGRITY SPECIALTY INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>CARSON LOOP ESM, LLC DBA BUDGETEL HOTEL, SRINIVAS BOLLEPALLI, and S.T.,<br><br>Defendants. | CIVIL ACTION<br>NO.: 4:25-cv-00157-WMR |

### PLAINTIFF ATEGRITY SPECIALTY INSURANCE COMPANY'S MOTION FOR JUDGMENT ON THE PLEADINGS

Ategrity Specialty Insurance Company ("Ategrity"), by and through undersigned counsel, hereby moves the Court to enter judgment in its favor and against Defendants Carson Loop ESM, LLC dba Budgetel Hotel ("Carson Loop"), Srinivas Bollepalli ("Bollepalli"), and S.T., pursuant to Rule 12(c) of the Federal Rules of Civil Procedure. Ategrity simultaneously files with this Motion its Brief in Support of its Motion for Judgment on the Pleadings. As argued more fully in its concurrently filed brief, Ategrity is entitled to judgment as a matter of law because the relevant insurance policy issued to Defendant Carson Loop does not provide coverage for the claims asserted against Defendants Carson Loop and Bollepalli by Defendant S.T. in an underlying lawsuit pending before this Court (Case No. 4:24-

cv-00225-WMR). Defendant S.T.'s lawsuit alleges that she was sex trafficked at a hotel owned and/or managed by Defendants Carson Loop and Bollepalli, and Ategrity's policy includes a human trafficking exclusion, which bars coverage for such acts. Further, Defendant S.T.'s allegations preclude the existence of any possible duty for Ategrity to indemnify Carson Loop and/or Bollepalli against any judgment or settlement of the underlying lawsuit.

WHEREFORE, Plaintiff Ategrity respectfully requests that the Court enter judgment in its favor pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, dismiss any causes of action asserted against it by Defendants, and award all other appropriate relief.

Respectfully submitted this the 25th day of November, 2025.

**PHELPS DUNBAR LLP**

BY: */s/ Christy M. Maple*
Christy M. Maple
Georgia Bar No. 240807
4300 Edwards Mill Road, Suite 600
Raleigh, NC 27612
Telephone: (919) 789-5300
Facsimile: (919) 789-5301
Email: christy.maple@phelps.com

*Attorney for Plaintiff Ategrity Specialty Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 25, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Michael C. Kendall
mike@kendall-legal.com
Michael C. Kendall, II
michael@kendall-legal.com
John C. Kendall
chris@kendall-legal.com
KENDALL LEGAL, LLC
3152 Gold Ridge Blvd., Suite 201
Douglasville, Georgia 30135
T: (770) 577-3559
F: (770) 577-8113
*Counsel for Defendants Carson Loop ESM, LLC DBA Budgetel Hotel and Srinivas Bollepalli*

Denise D. Hoying
denise@lawmoran.com
Peter A. Law
pete@lawmoran.com
E. Michael Moran
mike@lawmoran.com
LAW & MORAN
563 Spring Street, NW
Atlanta, Georgia 30308
T: (404) 814-3700

Patrick J. McDonough
pmcdonough@atclawfirm.com
Jonathan S. Tonge
jtonge@atclawfirm.com
ANDERSEN, TATE & CARR, P.C.
One Sugarloaf Center
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
*Counsel for Defendant S.T.*

*/s/ Christy M. Maple*
Christy M. Maple, GA Bar No. 240807
christy.maple@phelps.com
*Attorney for Plaintiff/Counterclaim Defendant Ategrity Specialty Insurance Company*

PHELPS DUNBAR LLP
4300 Edwards Mills Rd., Suite 600
Raleigh, North Carolina 27612-3723
Telephone: 919-789-5300
Facsimile: 919-789-5301