IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| ATEGRITY SPECIALTY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>CARSON LOOP ESM, LLC DBA BUDGETEL HOTEL, SRINIVAS BOLLEPALLI AND S.T.<br><br>    Defendants. | Civil Action<br>File No.:  4:25-CV-00157-WMR |

## JOINT MOTION TO EXTEND DEADLINES

COME NOW, Plaintiff Ategrity Specialty Insurance Company ("Ategrity), and Defendants Carson Loop ESM, LLC and Srinivas Bollapalli (collectively "Carson Loop") and hereby move as follows:

1. On November 25, 2025, Ategrity filed its Motion for Judgment on the Pleadings (Doc. 33).

2. The deadline to respond to Ategrity's Motion for Judgment on the Pleadings is currently December 9, 2025.

3. Counsel for Carson Loop seeks an additional fourteen (14) days (until December 23, 2025) to respond to Ategrity's Motion for Judgment on the Pleadings and counsel for Ategrity seeks an additional fourteen (14) days to file a reply (until January 20, 2026).

4. Ategrity and Carson Loop have agreed to the foregoing extensions.

5. A proposed Consent Order is attached as **Exhibit A**.

WHEREFORE, Ategrity and Carson Loop respectfully request that this Court extend the deadlines regarding Ategrity's Motion for Judgment on the pleadings accordingly.

Respectfully submitted this 3rd day of December, 2025.

| PHELPS DUNBAR LLP | KENDALL LEGAL, LLC |
|---|---|
| /s/ Christy M. Maple<br>Georgia Bar No. 240807<br>*[Signed with express permission by Michael C. Kendall, II]*<br>4300 Edwards Mills Rd., Suite 600<br>Raleigh, North Carolina 27612-3723<br>Telephone:  (919) 789-5300<br>Facsimile:   (919) 789-5301<br>christy.maple@phelps.com<br>*Counsel for Plaintiff* | /s/ Michael C. Kendall, II<br>Michael C. Kendall<br>Georgia Bar No. 414030<br>Michael C. Kendall, II<br>Georgia Bar No. 510402<br>J. Chris Kendall<br>Georgia Bar No. 156155<br>3152 Golf Ridge Blvd., Suite 201<br>Douglasville, Georgia 30135<br>Telephone:  (770) 577-3559<br>Facsimile:   (770) 577-8113<br>mike@kendall-legal.com<br>michael@kendall-legal.com<br>chris@kendall-legal.com<br>*Counsel for Defendants Carson Loop ESM, LLC DBA Budgetel Hotel and Srinivas Bollepalli* |

## **LOCAL RULE 7.1 D CERTIFICATION**

I hereby certify that the foregoing was prepared in Times New Roman, 14-point font, in accordance with LR 7.1 B, NDGa.

This 3rd day of December, 2025.

/s/ Michael C. Kendall, II
Michael C. Kendall, II

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| ATEGRITY SPECIALTY INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> CARSON LOOP ESM, LLC DBA BUDGETEL HOTEL, SRINIVAS BOLLEPALLI AND S.T. <br><br> Defendants. | Civil Action <br> File No.: 4:25-CV-00157-WMR |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served or caused to be served a copy of the within and foregoing **Joint Motion to Extend Deadlines** in this matter by electronically filing the same with the Court via the CM/ECF system to the following counsel of record:

Christy M. Maple, Esq.
PHELPS DUNBAR, LLP
4300 Edwards Mill Road, Suite 600
Raleigh, North Carolina 27612

Patrick J. McDonough, Esq.
Jonathan S. Tonge, Esq.
ANDERSEN, TATE & CARR, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097

Denise D. Hoying, Esq.
Peter A. Law, Esq.
E. Michael Moran, Esq.
LAW & MORAN
563 Spring Street, NW
Atlanta, Georgia 30308

This 3rd day of December, 2025.

/s/ Michael C. Kendall, II
Michael C. Kendall, II