# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| ATEGRITY SPECIALTY INSURANCE COMPANY,<br><br>　　Plaintiff,<br><br>v.<br><br>CARSON LOOP ESM, LLC DBA BUDGETEL HOTEL, SRINIVAS BOLLEPALLI AND S.T.<br><br>　　Defendants. | Civil Action<br>File No.:  4:25-CV-00157-WMR |

## **CONSENT ORDER ON JOINT MOTION TO EXTEND DEADLINES**

Currently before the Court is the Joint Motion to Extend Deadlines regarding Ategrity's Motion for Judgment on the Pleadings. After review and for good cause shown, it is hereby ORDERED that Defendants Carson Loop ESM, LLC DBA Budgetel Hotel and Srinivas Bollepalli shall have up to and through December 23, 2025 to file a responsive pleading to the Motion for Judgment on the Pleadings filed by Ategrity and Plaintiff Ategrity Specialty Insurance Company shall have until January 20, 2026 to file a reply.

This _____ day of December, 2025.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Honorable William M. Ray, II
　　　　　　　　　　　　　　　　　　　　　Judge, United States District Court
　　　　　　　　　　　　　　　　　　　　　Northern District of Georgia