**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

ATEGRITY SPECIALTY
INSURANCE COMPANY

      Plaintiff,

v.

CARSON LOOP ESM, LLC DBA
BUDGETEL HOTEL, SRINIVAS
BOLLEPALLI, and S.T.

      Defendants.

CIVIL ACTION
NO.: 4:25-cv-00157-WMR

**PLAINTIFF ATEGRITY SPECIALTY INSURANCE COMPANY'S**
**NOTICE OF FILING "EXHIBIT A" TO ITS BRIEF IN SUPPORT OF ITS**
**MOTION FOR JUDGMENT ON THE PLEADINGS**

Ategrity Specialty Insurance Company (hereinafter "Ategrity"), by and through its undersigned counsel, respectfully files this Notice of Filing the attached "Exhibit A," that was referenced in its November 25, 2025, Brief in Support of its Motion for Judgment on the Pleadings (Doc. 33-1), but was inadvertently omitted from that filing.

Respectfully submitted this the 20th day of January, 2026.

**PHELPS DUNBAR LLP**

BY:  */s/ Christy M. Maple*
        Christy M. Maple
        Georgia Bar No. 240807
        4300 Edwards Mill Road, Suite 600

Raleigh, NC 27612
Telephone: (919) 789-5300
Facsimile: (919) 789-5301
Email: christy.maple@phelps.com

*Attorney for Plaintiff Ategrity*
*Specialty Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Michael C. Kendall
mike@kendall-legal.com
Michael C. Kendall, II
michael@kendall-legal.com
John C. Kendall
chris@kendall-legal.com
KENDALL LEGAL, LLC
3152 Golf Ridge Blvd., Suite 201
Douglasville, Georgia 30135
T: (770) 577-3559
F: (770) 577-8113
*Counsel for Defendants Carson Loop*
*ESM, LLC DBA Budgetel Hotel and*
*Srinivas Bollepalli*

Peter A. Law
pete@lawmoran.com
E. Michael Moran
mike@lawmoran.com
Denise D. Hoying
denise@lawmoran.com
LAW & MORAN
563 Spring Street, NW
Atlanta, Georgia 30308
T: (404) 814-3700

Patrick J. McDonough
pmcdonough@atclawfirm.com
Jonathan S. Tonge
jtonge@atclawfirm.com
ANDERSEN, TATE & CARR, P.C.
One Sugarloaf Center
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
*Counsel for Defendant S.T.*

/s/ Christy M. Maple
Christy M. Maple, GA Bar No. 240807
christy.maple@phelps.com
*Attorney for Plaintiff/Counterclaim*
*Defendant Ategrity Specialty Insurance*
*Company*

PHELPS DUNBAR LLP
4300 Edwards Mills Rd., Suite 600
Raleigh, North Carolina 27612-3723
Telephone:  919-789-5300
Facsimile:  919-789-5301

## <u>LOCAL RULE 7.1 D CERTIFICATION</u>

I hereby certify that the foregoing was prepared in Times New Roman, 14-point font, in accordance with LR 7.1(D), NDGA.

This 20th day of January, 2026.

<em>/s/ Christy M. Maple</em>
Christy M. Maple