**phelps**

Phelps Dunbar LLP
4300 Edwards Mill Road
Suite 600
Raleigh, NC 27612
919 789 5300

January 23, 2026

37576-0006

Christy M. Maple
Counsel
Admitted in North Carolina
and Georgia
christy.maple@phelps.com
Direct 919 789 5324

**VIA ELECTRONIC FILING**

Sherri Lundy, Judicial Assistant
For The Honorable William M. Ray, II
2121 United States Courthouse
75 Ted Turner Dr., SW
Atlanta, Georgia 30303
Sherri_lundy@gand.uscourts.gov

      Re:  *Ategrity Specialty Insurance Company v. Carson Loop ESM, LLC, et al.*,
           Northern District Of Georgia, Rome Division
           C/A NO.: 4:25-cv-00157-WMR

Dear Ms. Lundy:

    COMES NOW, Christy M. Maple, pursuant to the LR. 83.1(E)(5) and Judge William M. Ray's Standing Order, and respectfully notifies the Court, Clerk of Court and all opposing counsel that she will be away from the practice of law for the following period for family vacation:

- **March 27, 2026 – April 3, 2026**
- **July 6, 2026 – July 10, 2026**

    The undersigned requests that the case not be calendared during the period of absense. Furthermore, the undersigned does hereby certify that the counsel of record has been provided same notice by the Certificate of Service attached hereto.

                                     */s/ Christy M. Maple*
                                     Christy M. Maple, GA Bar No. 240807
                                     christy.maple@phelps.com

January 23, 2026
Page 2

*Counsel for Ategrity Specialty Insurance Company*

PHELPS DUNBAR LLP
4300 Edwards Mills Rd., Suite 600
Raleigh, North Carolina 27612-3723
Telephone: 919-789-5300
Facsimile: 919-789-5301

PD.60390326.1

January 23, 2026
Page 3

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), I hereby certify that I have prepared the foregoing in compliance with Local Rule 5.1 in Time New Roman 14-point font.

This 23rd day of January, 2026.

*/s/ Christy M. Maple*
Christy M. Maple, GA Bar No. 240807
christy.maple@phelps.com
*Attorney for Plaintiff/Counterclaim Defendant Ategrity Specialty Insurance Company*

PHELPS DUNBAR LLP
4300 Edwards Mills Rd., Suite 600
Raleigh, North Carolina 27612-3723
Telephone:  919-789-5300
Facsimile:   919-789-5301

January 23, 2026
Page 4

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 23, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

| | |
|---|---|
| Michael C. Kendall<br>mike@kendall-legal.com<br>Michael C. Kendall, II<br>michael@kendall-legal.com<br>John C. Kendall<br>chris@kendall-legal.com<br>KENDALL LEGAL, LLC<br>3152 Gold Ridge Blvd., Suite 201<br>Douglasville, Georgia 30135<br>T: (770) 577-3559<br>F: (770) 577-8113<br><br>*Counsel for Defendants Carson Loop ESM, LLC DBA Budgetel Hotel and Srinivas Bollepalli* | Peter A. Law<br>pete@lawmoran.com<br>E. Michael Moran<br>mike@lawmoran.com<br>Denise D. Hoying<br>denise@lawmoran.com<br>LAW & MORAN<br>563 Spring Street, NW<br>Atlanta, Georgia 30308<br>T: (404) 814-3700<br><br>Patrick J. McDonough<br>pmcdonough@atclawfirm.com<br>Jonathan S. Tonge<br>jtonge@atclawfirm.com<br>ANDERSEN, TATE & CARR, P.C.<br>One Sugarloaf Center<br>1960 Satellite Boulevard, Suite 4000<br>Duluth, Georgia 30097<br>*Counsel for Defendant A.H.*<br><br>*/s/ Christy M. Maple*<br>Christy M. Maple, GA Bar No. 240807<br>christy.maple@phelps.com<br>*Attorney for Plaintiff/Counterclaim Defendant Ategrity Specialty Insurance Company* |

PHELPS DUNBAR LLP
4300 Edwards Mills Rd., Suite 600
Raleigh, North Carolina 27612-3723
Telephone: 919-789-5300
Facsimile: 919-789-5301

PD.60390326.1