# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| ATEGRITY SPECIALTY INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>CARSON LOOP ESM, LLC DBA BUDGETEL HOTEL, SRINIVAS BOLLEPALLI, and S.T.<br><br>Defendants. | CIVIL ACTION<br>NO.: 4:25-cv-00157-WMR |

## ORDER GRANTING MOTION TO STAY DISCOVERY

This matter comes before the Court on Plaintiff Ategrity Specialty Insurance Company's ("Ategrity") Motion to Stay Discovery. The Court, having reviewed Ategrity's Motion and, good cause appearing therefor, hereby Orders that in light of Ategrity's pending Motion for Judgment on the Pleadings [Docs. 33, 33-1, 37, 37-1], discovery in this matter is stayed while the Court considers the motion.      IT IS SO ORDERED, this the 2nd day of February, 2026.

_____
The Honorable William M. Ray, II
Judge, United States District Court
Northern District of Georgia

PD.60427469.1