IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| Ategrity Specialty Insurance Company, <br><br> Plaintiff(s), <br><br> v. <br><br><br> **Carson Loop ESM, LLC** *doing business as* **Budgetel Hotel, Srinivas Bollepalli and S.T.** <br><br> Defendant(s). | CIVIL ACTION FILE <br> NO. 4:25-cv-157-WMR |

## NOTICE OF HEARING

Notice is hereby given that the Court sets a hearing on the Motion for Judgment on the Pleadings [Doc 33] in this case for Monday, February 23, 2026 at 1:30 p.m. before the Honorable William M. Ray, II.  The hearing will take place in Courtroom 1705 of the Richard B. Russell Federal Building located at 2211 United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303- 3309.

**Each side shall submit prior to the start of the hearing, a proposed order which includes findings of fact and conclusions of law for each motion being heard. Orders should be submitted by email to: sherri_lundy@gand.uscourts.gov.**

SO ORDERED, this 2nd day of February, 2026.

*/s/ William M. Ray, II*
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE