

Attorneys at Law
3152 Golf Ridge Boulevard, Suite 101
Douglasville, Georgia 30135
Telephone: (770) 577-3559
Facsimile: (770) 577-8113

Michael C. Kendall
Michael C. Kendall, II                                    Writer's Extension: 225
J. Chris Kendall                                   E-mail: mike@kendall-legal.com

February 16, 2026

Mr. Kevin Weimer, Clerk
U.S. District Court, Northern District of Georgia
Richard B. Russell Fed'l Bldg. & Courthouse
75 Ted Turner Drive, S.W.
Atlanta, Georgia  30303-3361

     Re:    <u>Ategrity Specialty Insurance Company v. Carson Loop ESM, LLC d/b/a Budgetel Hotel, Srinivas Bollepalli and S.T.</u>
             U.S. District Court – Northern District of Georgia – Rome Division
             Civil Action File No. 4:25-cv-00157-WMR

Dear Mr. Weimer:

    Pursuant to Northern District Local Rule 83.1(E)(3) regarding leaves of absence of not greater than twenty (20) consecutive days, I request that the above-referenced civil action not be calendared during the following period:

        **March 23, 2026 through and including April 6, 2026**
        **May 25, 2026 through and including June 5, 2026**
        **July 3, 2026 through and including July 13, 2026**
        **November 20, 2026 through and including December 1, 2026**
        **December 21, 2026 through and including January 4, 2027**

    If you have any questions, please do not hesitate to contact me.

                                  Very truly yours,

                                  KENDALL LEGAL, LLC

                                  */s/ Michael C. Kendall*

MCK/sl
cc:    Counsel of record