# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

### 4:25-cv-00157-WMR
### Ategrity Specialty Insurance Company v. Carson Loop ESM, LLC et al
### Honorable William M. Ray, II

Minute Sheet for proceedings held In Open Court on 02/23/2026.

| | |
|---|---|
| TIME COURT COMMENCED: 1:30 P.M. | |
| TIME COURT CONCLUDED: 2:00 P.M. | COURT REPORTER: Geraldine Glover |
| TIME IN COURT: 00:30 | DEPUTY CLERK: Sherri Lundy |
| OFFICE LOCATION: **Atlanta** | |

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Denise Hoying representing S.T. |
| | Michael Kendall representing Carson Loop ESM, LLC |
| | Michael Kendall representing Srinivas Bollepalli |
| | Michael Moran representing S.T. |
| | Christy Maple representing Ategrity Specialty Insurance Company |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MINUTE TEXT: | Court heard oral argument on Motion for Judgment on Pleadings [Doc 33] and will issue written order sometime after the end of March. |
| HEARING STATUS: | Hearing Concluded |