IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

ATEGRITY SPECIALTY
INSURANCE COMPANY,

     Plaintiff,

v.

CARSON LOOP ESM, LLC DBA
BUDGETEL HOTEL, SRINIVAS
BOLLEPALLI AND S.T.,

     Defendants.

Civil Action
File No.:  4:25-CV-00157-WMR

## NOTICE OF APPEAL

Notice is hereby given that Defendants Carson Loop ESM, LLC d/b/a Budgetel Hotel and Srinivas Bollepalli appeal to the United States Court of Appeals for the Eleventh Circuit, from the Order filed on March 30, 2026 [Doc. 46]. Defendants hereby request that the district court clerk notify all interested parties and forward the entire Record to the Clerk for the United States Court of Appeals for the Eleventh Circuit. All required fees will be paid to this Court.

*[Signature on following page.]*

This 29th day of April, 2026.

Respectfully submitted,

KENDALL LEGAL, LLC


/s/ Michael C. Kendall, II
Michael C. Kendall
Georgia Bar No. 414030
Michael C. Kendall, II
Georgia Bar No. 510402
J. Chris Kendall
Georgia Bar No. 156155
*Attorneys for Defendants*
*Carson Loop ESM, LLC DBA*
*Budgetel Hotel and Srinivas Bollepalli*

3152 Golf Ridge Blvd., Suite 201
Douglasville, Georgia 30135
Telephone:   (770) 577-3559
Facsimile:    (770) 577-8113
mike@kendall-legal.com
michael@kendall-legal.com
chris@kendall-legal.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

ATEGRITY SPECIALTY
INSURANCE COMPANY,

    Plaintiff,

v.

CARSON LOOP ESM, LLC DBA
BUDGETEL HOTEL, SRINIVAS
BOLLEPALLI AND S.T.

    Defendants.

Civil Action
File No.:  4:25-CV-00157-WMR

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served or caused to be served a copy of the within and foregoing **Notice of Appeal** in this matter by electronically filing the same with the Court via the CM/ECF system to the following counsel of record:

Christy M. Maple, Esq.
PHELPS DUNBAR, LLP
4300 Edwards Mill Road, Suite 600
Raleigh, North Carolina 27612

Patrick J. McDonough, Esq.
Jonathan S. Tonge, Esq.
ANDERSEN, TATE & CARR, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097

Denise D. Hoying, Esq.
Peter A. Law, Esq.
E. Michael Moran, Esq.
LAW & MORAN
563 Spring Street, NW
Atlanta, Georgia 30308

This 29th day of April, 2026.

/s/ Michael C. Kendall, II
Michael C. Kendall, II