**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

| | |
|---|---|
| ATEGRITY SPECIALTY INSURANCE COMPANY,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>CARSON LOOP ESM, LLC, et al.,<br>　　　　　　Defendant(s). | CIVIL ACTION FILE<br><br>NO.  4:25-cv-00157-WMR |

## J U D G M E N T

This action having come before the court, Honorable William M, Ray, II., United States District Judge, for consideration of Plaintiff's Motion for Judgment on Pleadings, and the court having granted said motion, it is

**Ordered and adjudged** that the defendant take nothing; that the plaintiff recover its costs of this action; and the action be, and the same hereby is, **dismissed**.

Dated at Rome, Georgia, this 30th day of April, 2026.

KEVIN P. WEIMER
CLERK OF COURT

By:  s/Casey Womack
　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
April 30, 2026
Kevin P. Weimer
Clerk of Court

By: s/Casey Womack
　　　Deputy Clerk