**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

ATEGRITY SPECIALTY INSURANCE
COMANY,
            Plaintiff(s),

vs.

CARSON LOOP ESM, LLC, et al.,
            Defendant(s).

CIVIL ACTION FILE

NO.  4:25-cv-00157-WMR

## J U D G M E N T

This action having come before the court, Honorable William M. Ray, II., United States District Judge, for consideration of Plaintiff's Motion for Judgment on Pleadings, and the court having granted said motion, it is

**Ordered and adjudged** that the plaintiff does not owe a duty to defend or indemnify its insureds, Carson Loop ESM, LLC and Srinivas Bollepalli, for the claims asserted by S. T. and A. H. in the underlying actions.; and the action be, and the same hereby is, **dismissed**.

Dated at Rome, Georgia, this 1st day of May, 2026.

KEVIN P. WEIMER
CLERK OF COURT

By:  s/Casey Womack
      Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
May 1, 2026
Kevin P. Weimer
Clerk of Court

By: s/Casey Womack
      Deputy Clerk