**From:** ecf_help@ca11.uscourts.gov
**To:** GANDdb_efile_Appeals_Clerk
**Subject:** 26-11561-FF Ategrity Specialty Insurance Company, et al v. Carson Loop ESM, LLC "Clerk Order Filed Granted by Supervisor/Clerk Dismiss Appeal Voluntarily" (4:25-cv-00157-WMR)
**Date:** Tuesday, November 10, 2026 2:15:53 PM

*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

**United States Court of Appeals for the Eleventh Circuit**

**Notice of Docket Activity**

The following transaction was filed on 11/10/2026

**Case Name:** Ategrity Specialty Insurance Company, et al v. Carson Loop ESM, LLC
**Case Number:** 26-11561

**Docket Text:**
ORDER: Motion to voluntarily dismiss appeal filed by Appellants Carson Loop ESM, LLC and Srinivas Bollepalli is GRANTED by clerk [14]. in 26-11561, ORDER: Motion to voluntarily dismiss appeal filed by Appellants Carson Loop ESM, LLC and Srinivas Bollepalli is GRANTED by clerk [10877603-2]. in 26-11565 Pursuant to FRAP 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date [26-11561, 26-11565]

**Notice will be electronically mailed to:**

Blakely Lloyd Arnold
Clerk - Northern District of Georgia, Clerk of Court
Michael C. Kendall
Peter Law
Christy MacPherson Maple
Patrick J. McDonough
Jonathan Stephens Tonge

**Notice sent via US Mail to:**

Denise Hoying
Waldon Adelman Castilla McNamara & Prout
900 CIRCLE 75 PKWY SE STE 1040
ATLANTA, GA 30339

John Christian Kendall
Kendall Legal, LLC

3152 GOLF RIDGE BLVD STE 201
DOUGLASVILLE, GA 30135

Michael C. Kendall, II
Kendall Legal, LLC
3152 GOLF RIDGE BLVD STE 201
DOUGLASVILLE, GA 30135

E. Michael Moran
Law & Moran
563 SPRING ST NW
ATLANTA, GA 30308